IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Perry, Norman
Perry, Catherine Y
Printed: 01/06/09

Case Number: 08 B 21039
Judge: Squires, John H
Filed: 8/12/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: November 26, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 521.45 |  |
| Secured: |  | 487.31 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 34.14 |
| Other Funds: |  | 0.00 |
| Totals: | 521.45 | 521.45 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Burns & Wincek, Ltd. | Administrative | 3,000.00 | 0.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | HSBC Auto Finance | Secured | 0.00 | 0.00 |
| 4. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 5. | National Capital Management | Secured | 0.00 | 0.00 |
| 6. | National Acceptance | Secured | 0.00 | 0.00 |
| 7. | Meadows Credit Union | Secured | 9,196.29 | 487.31 |
| 8. | US Bank | Secured | 400.00 | 0.00 |
| 9. | Ocwen Federal Bank FSB | Secured | 3,000.00 | 0.00 |
| 10. | Internal Revenue Service | Secured | 12,572.83 | 0.00 |
| 11. | Fingerhut | Unsecured | 97.99 | 0.00 |
| 12. | National Acceptance | Unsecured | 11.91 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 33.69 | 0.00 |
| 14. | Internal Revenue Service | Secured |  | No Claim Filed |
| 15. | Internal Revenue Service | Priority |  | No Claim Filed |
| 16. | Credit One Bank | Unsecured |  | No Claim Filed |
| 17. | Internal Revenue Service | Unsecured |  | No Claim Filed |
|  |  |  | $ 28,312.71 | $ 487.31 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 17.45 |
| 6.6% | 16.69 |
|  | $ 34.14 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Perry, Norman
Perry, Catherine Y
Printed: 01/06/09

Case Number:  08 B 21039
Judge:  Squires, John H
Filed:  8/12/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

